## GAINES *v.* KNECHT.

### ERROR TO THE COURT OF APPEALS OF THE DISTRICT OF COLUMBIA.

No. 52. Argued December 11, 1908.—Decided December 14, 1908.

Writ of error to review decision of Court of Appeals of the District of Columbia on appeal from Commissioner of Patents, 27 App. D. C. 530, dismissed on authority of *Frasch* v. *Moore,* 211 U. S. 1.

*Mr. James L. Hopkins, Mr. Daniel W. Lindsey* and *Mr. Alfred A. Eicks* for plaintiff in error.

*Mr. Arthur E. Wallace* for defendant in error.

*Per Curiam:* Writ of error dismissed for want of jurisdiction. *Frasch* v. *Moore,* 211 U. S. 1. See act of February 20, 1905, for the registration of trade-marks, c. 592, 33 Stat. 724, §§ 9, 16, 17, 18, *et passim.*

[The headnote in *Frasch* v. *Moore* also appears as a note to *Atkins* v. *Moore, ante,* p. 285; and see *ante,* p. 290, for reference to point decided in *Gaines* v. *Knecht.*]